[No. 20162.   In Bank. — August 26, 1886.]

THE PEOPLE, RESPONDENT, *v.* PEDRO PACHECO,
APPELLANT.

RAPE — INFORMATION — ALLEGATION OF RESISTANCE. — An allegation in an
information for rape that the act was committed by force and violence,
and against the will and consent of the female, is equivalent to a state-
ment that she resisted, but that her resistance was overcome by violence,
or that she was prevented from resisting by threats of immediate and
great bodily harm, accompanied by apparent power of execution; and
under such an allegation, evidence that she resisted or was prevented
from resisting is admissible.

INSTRUCTION NEED NOT BE REPEATED. — The refusal to give instructions
which have already been given in substance is not error.

APPEAL from a judgment of the Superior Court of
Santa Clara County, and from an order refusing a new
trial.

*J. H. Campbell,* for Appellant.

*Attorney-General Marshall, Howell C. Moore,* and *D. W.
Burchard,* for Respondent.

MYRICK, J. — 1. The defendant was accused by infor-
mation of the crime of rape, the act being charged to have
been "committed by force and violence, and against the
will and consent of the person named as the subject of
the act." Objection is made that the information did
not contain an element of resistance on the part of the
person; that subdivisions 3 and 4 of section 261 of the
Penal Code have made resistance or prevention of
resistance an element necessary to be alleged in order
to state the offense.

We are of opinion that when the information stated
that the act was committed by force and violence, and
against the will and consent of the female, it was sub-
stantially equivalent to stating that she resisted, but that
her resistance was overcome by violence, or that she was
prevented from resisting by threats of immediate and

great bodily harm, accompanied by apparent power of execution.

Under the information as it reads, it was competent to prove that the act was committed under the circumstances provided for in either of the subdivisions referred to.

2. There was some evidence before the jury as to acts of resistance, and some evidence as to prevention of further resistance,—sufficient, at all events, for the consideration of the jury. The instructions to the jury upon this subject were as favorable to the defendant as he was entitled to. We see no error in the action of the court as to the instructions refused. All instructions to which the defendant was entitled were given, either in the instructions allowed or in the general charge.

Judgment and order affirmed.

McKee, J., McKinstry, J., Ross, J., Sharpstein, J., and Morrison, C. J., concurred.